IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Respondent,<br><br>    vs.<br><br>VICTOR VEVEA,<br><br>    Defendant-Petitioner.<br>_____/ | CASE NO. F CR 03-5410 LJO<br><br>**ORDER FOR OPPOSITION**<br>(Doc. 337.) |

    Defendant-petitioner Victor Vevea ("Mr. Vevea") proceeds pro se and has filed a motion under 28 U.S.C. § 2255 ("section 2255") to seek to vacate, set aside or correct his sentence. Having reviewed Mr. Vevea's section 2255 motion, this Court finds that an opposition by the Government will assist this Court's determination of issues raised by Mr. Vevea. **Accordingly, this Court ORDERS the Government, no later than June 11, 2012, to file and serve an opposition to this motion**. This Court shall take the section 2255 motion under submission after the opposition is filed. No further submissions shall be accepted and shall be stricken, unless further ordered by this Court. In addition, no hearing is set in this matter.

    **IT IS SO ORDERED.**

**Dated:   May 3, 2012**                          /s/ Lawrence J. O'Neill
                                                       **UNITED STATES DISTRICT JUDGE**