```
 1
 2
 3
 4
 5
 6
 7
 8                         IN THE UNITED STATES DISTRICT COURT
 9                       FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,              CASE NO. CR F 03-5410 LJO
12             Plaintiff,                  ORDER TO DENY MOTION TO STRIKE
      vs.                                  (Doc. 343)
13
    VICTOR VEVEA,
14
               Defendant.
15                                       /
16
```

17    This Court has read and reviewed defendant and petitioner Victor VeVea's Motion to Strike
18  (Doc. 343). This motion is DENIED as it lacks factual and legal merit.
19
20
21
22                                    IT IS SO ORDERED.
23  **Dated:   June 13, 2012**                    /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE
24
25
26
27
28

                                               1